OPINION ON REHEARING
PER CURIAM.
The State’s motion for rehearing is denied.
Chief Justice GRAY dissenting with *518 note.*

 (Chief Justice Gray dissents to the denial of the motion for rehearing. A separate opinion will not issue. He notes, however, that the State is correct in its position that the Court failed to conduct a harm analysis. The Court failed to conduct a harm analysis because we failed to properly identify the error. The error was that the trial court failed to advise the parties that it was taking judicial notice of the court's file including the prior orders of the court. If that file conclusively proves the elements of the predicate violations, as argued by the State on rehearing, we should request a response and conduct a proper harm analysis. Because the majority does not, I respectfully dissent.)